# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

RICHARD SELENSKE,

        Appellant,

    v.                              Case No. 14-C-473

ESTATE OF LOUISE SELENSKE,

        Appellee.

---

## ORDER DENYING MOTION TO SUPPLEMENT THE RECORD

---

The appellant in this Bankruptcy matter has filed a request to include attached documents in the appeal record. I construe his request as a Motion to Supplement the record pursuant to F.R.A.P. 10(e). That Rule allows the court to supplement the record upon a finding that anything material to either party is omitted from or misstated in the record by error or accident. Selenske makes no explanation as to why the additional documents should be made part of the appeal record. The documents appear to relate to state court proceedings that took place after the bankruptcy court's order in this case was affirmed. None of them appear to bear on the issues raised, nor do they indicate a need for reconsideration. Selenske has offered no reason why these materials are necessary to a fair resolution of his appeal. Accordingly, the motion is denied.

**SO ORDERED** this __14th__ day of November, 2014.

                           __s/ William C. Griesbach_____
                           William C. Griesbach, Chief Judge
                           United States District Court